**1173**

## FINANCIAL DISCLOSURE REPORT
### INITIAL

Report Required by the Ethics
Reform Act of 1989, Pub. L. No.
101-194, November 30, 1989.
(5 U.S.C. App. 6, 101-112)

| 1. Person Reporting (Last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Bataillon, Joseph F. | U.S.D.C. Nebraska | 03/08/96 |

| 4. Title (Article III judges indicate active or senior status; Magistrate judges indicate full- or part-time) | 5. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| District Court Judge (Nominee) | ___ Nomination, Date 03/06/96  <br> X Initial ___ Annual ___ Final | 01/01/95 - 03/01/96 |

| 7. Chambers or Office Address | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. |
|---|---|
| 7000 Spring Street <br> Omaha, NE 68106 | Reviewing Officer _____ Date _____ |

**IMPORTANT NOTES:** The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each section where you have no reportable information. Sign on last page.

### I. POSITIONS. (Reporting individual only; see pp. 9-13 of Instructions.)

POSITION          NAME OF ORGANIZATION/ENTITY

☐ **NONE** .(No reportable positions)

| Employee | Sodoro, Daly, & Sodoro |
|---|---|
| Delegate, House of Delegates | Nebraska State Bar Association |
| | |

### II. AGREEMENTS. (Reporting individual only; see pp. 14-17 of Instructions.)

DATE          PARTIES AND TERMS

☐ **NONE** (No reportable agreements)

| 01/02/96 | Sodoro, Daly & Sodoro Bonus due 04/01/96 |
|---|---|
| 1995 | 401(k) Plan Sodoro, Daly & Sodoro |
| | |

### III. NON-INVESTMENT INCOME. (Reporting individual and spouse; see pp. 18-25 of Instructions.)

DATE          SOURCE AND TYPE          GROSS INCOME (yours, not spouse's)

☐ **NONE** (No reportable non-investment income)

| | DATE | SOURCE AND TYPE | GROSS INCOME |
|---|---|---|---|
| 1 | 1995-96 | Sodoro, Daly & Sodoro, Wages | $ 165333.00 |
| 2 | 1994 | Sodoro, Daly & Sodoro, Wages | $ 120000.00 |
| 3 | 1995 | Omaha Visiting Nurse Association (S) | $ 0.00 |
| 4 | | | $ |
| 5 | | | $ |

Digitized by Google

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
|---|---|---|
| | Bataillon, Joseph F. | 03/08/96 |

**IV. REIMBURSEMENTS and GIFTS** -- transportation, lodging, food, entertainment.
(Includes those to spouse and dependent children; use the parentheticals "(S)" and "(DC)" to indicate reportable reimbursements and gifts received by spouse and dependent children, respectively. See pp. 26-29 of Instructions.)

| SOURCE | DESCRIPTION |
|---|---|
| ☐ **NONE** (No such reportable reimbursements or gifts) | |
| EXEMPT | EXEMPT |
| | |
| | |
| | |
| | |
| | |

**V. OTHER GIFTS.** (Includes those to spouse and dependent children; use the parentheticals "(S)" and "(DC)" to indicate other gifts received by spouse and dependent children, respectively. See pp. 30-33 of Instructions.)

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| ☒ **NONE** (No such reportable gifts) | | |
| | | $ |
| | | $ |
| | | $ |
| | | $ |

**VI. LIABILITIES.** (Includes those of spouse and dependent children; indicate where applicable, person responsible for liability by using the parenthetical "(S)" for separate liability of the spouse, "(J)" for joint liability of reporting individual and spouse, and "(DC)" for liability of a dependent child. See pp. 34-36 of Instructions.)

| CREDITOR | DESCRIPTION | VALUE CODE* |
|---|---|---|
| ☒ **NONE** (No reportable liabilities) | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

* VALUE CODES: J = $15,000 or less, K = $15,001 - $50,000, L = $50,001 - $100,000, M = $100,001 to $250,000
L = $250,001 - $500,000, O = $500,001 - $1,000,000, P = More than $1,000,000

Digitized by Google

# 1175

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
|---|---|---|
| | Bataillon, Joseph F. | 03/08/96 |

## VII. Page 1 INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children. See pp. 37-54 of Instructions.)

| A. Description of Assets (including trust assets) B. Place "(X)" after each asset exempt from prior disclosure. | C. Income during reporting period (1) Amt. 1 Code (A-H) | (2) Type (div., rent or int.) | D. Gross value at end of reporting period (1) Value2 Code (J-P) | (2) Value Methods Code (Q-W) | Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure (2) Date: Month- Day | (3) Value2 Code (J-P) | (4) Gain1 Code (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| NONE (No reportable income, assets, or transactions) | | | | | | | | | |
| 1 Firstbank, Omaha, NE Checking/Savings Accts. | A | Interest | J | T | | | | | |
| 2 Gabelli Equity Trust Inc. common | B | Dividend | J | T | | | | | |
| 3 Gabelli Global Multimedia Trust | A | Dividend | J | T | | | | | |
| 4 Kemper Mutual Funds: Total Return Fund | A | Dividend | J | T | | | | | |
| 5 G.T. Global Health Fund | A | Dividend | J | T | | | | | |
| 6 Eastman Kodak Co. common | A | Dividend | J | T | | | | | |
| 7 Guinness PLC | A | Dividend | J | T | | | | | |
| 8 Kulicke & Soffa common | A | Dividend | J | T | | | | | |
| 9 Ohio Edison common | A | Dividend | J | T | | | | | |
| 10 Smith Barney Appreciation Fund | A | Dividend | J | T | | | | | |
| 11 UTS Equity Income Fund #30 | A | Dividend | J | T | | | | | |
| 12 Boeing Co. common | A | Dividend | J | T | | | | | |
| 13 Genuine Parts Co. common | A | Dividend | J | T | | | | | |
| 14 Johnson & Johnson common | A | Dividend | J | T | | | | | |
| 15 Utilicorp Unitied Inc common | A | Dividend | J | T | | | | | |
| 16 Aetna Variable Fund | A | Dividend | J | T | | | | | |
| 17 Aetna Income Shares | A | Dividend | J | T | | | | | |
| 18 Aetna Fixed Account | A | Dividend | J | T | | | | | |

1 Income/Gain Codes: (See Col. B1 & D4) A=$1,000 or less  B=$15,001 to $50,000  C=$2,501 to $5,000  D=$5,001 to $15,000
E=$15,001 to $50,000  F=$50,001 to $100,000  G=$100,001 to $1,000,000

2 Value Codes: (See Col. C1 & D3) J=$15,000 or less  K=$250,001 to $500,000  L=$15,001 to $50,000  M=$50,001 to $100,000  N=$100,001 to $250,000
O=$500,001 to $1,000,000  P=More than $1,000,000

3 Value Method Codes: (See Col. C2) Q=Appraisal  R=Cost(real estate only)  S=Assessment  T=Cash/Market
U=Book Value  V=Other  W=Estimated

Digitized by Google

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting<br>Bataillon, Joseph F. | Date of Report<br>03/08/96 |
|---|---|---|

**VII. Page 2 INVESTMENTS and TRUSTS** – income, value, transactions (Includes those of spouse and dependent children. See pp. 37-54 of Instructions.)

| A. Description of Assets (including trust assets) B.<br>Indicate where applicable, owner of the asset by using the parenthetical "(J)" for joint ownership of reporting individual and spouse, "(S)" for separate ownership by spouse, "(DC)" for ownership by dependent child.<br>Place "(X)" after each asset exempt from prior disclosure. | C. Income during reporting period | | D. Gross value at end of reporting period | | Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amt. Code (A-H) | (2) Type (e.g., div., rent or int.) | (1) Value Code (J-P) | (2) Value Methods Code (Q-U) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month-Day | (3) Value2 Code (J-P) | (4) Gain Code (A-H) | (5) Identity of buyer/seller (if private transaction) |
| [ ]  **NONE** (No reportable income, assets, or transactions) | | | | | | | | | |
| 19 Alger American Small Cap Portfolio | A | Dividend | J | T | | | | | |
| 20 | | | | | | | | | |
| 21 | | | | | | | | | |
| 22 | | | | | | | | | |
| 23 | | | | | | | | | |
| 24 | | | | | | | | | |
| 25 | | | | | | | | | |
| 26 | | | | | | | | | |
| 27 | | | | | | | | | |
| 28 | | | | | | | | | |
| 29 | | | | | | | | | |
| 30 | | | | | | | | | |
| 31 | | | | | | | | | |
| 32 | | | | | | | | | |
| 33 | | | | | | | | | |
| 34 | | | | | | | | | |
| 35 | | | | | | | | | |
| 36 | | | | | | | | | |

| 1 | Income/Gain Codes: (See Col. B1 & D4) | A=$1,000 or less<br>E=$15,001 to $50,000 | B=$1,001 to $2,500<br>F=$50,001 to $100,000 | C=$2,501 to $5,000<br>G=$100,001 to $1,000,000 | D=$5,001 to $15,000<br>H=More than $1,000,000 |
|---|---|---|---|---|---|
| 2 | Value Codes: (See Col. C1 & D3) | J=$15,000 or less<br>N=$250,001 to $500,000 | K=$15,001 to $50,000<br>O=$500,001 to $1,000,000 | L=$50,001 to $100,000<br>P=More than $1,000,000 | M=$100,001 to $250,000 |
| 3 | Value Method Codes: (See Col. C2) | Q=Appraisal<br>U=Book Value | R=Cost(real estate only)<br>V=Other | S=Assessment<br>W=Estimated | T=Cash/Market |

Digitized by Google

**1177**

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
|---|---|---|
| | Bataillon, Joseph F. | 03/08/96 |

**VIII. ADDITIONAL INFORMATION or EXPLANATIONS.** (Indicate part of Report.)

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
|---|---|---|
| | Bataillon, Joseph F. | 03/08/96 |

## IX. CERTIFICATION.

In compliance with the provisions of 28 U.S.C. 455 and of Advisory Opinion No. 57 of the Advisory Committee on Judicial Activities, and to the best of my knowledge at the time after reasonable inquiry, I did not perform any adjudicatory function in any litigation during the period covered by this report in which I, my spouse, or my minor or dependent children had a financial interest, as defined in Canon 3C(3)(c), in the outcome of such litigation.

I certify that all the information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. 7, section 501 et. seq., 5 U.S.C. 7353 and Judicial Conference regulations.

Signature _____ Date _8 March 96_

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. APP. 6, SECTION 104).

---

FILING INSTRUCTIONS:

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
One Columbus Circle, N.E.
Suite 2-301
Washington, D.C. 20544

---

Digitized by Google